I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10.23.12

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOAQUIN LESO FERNANDEZ,

    Petitioner,

vs.

J. TIM OCHOA, Warden,

    Respondent.

Case No. EDCV 12-1409-DDP (RNB)

**JUDGMENT**

    In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: OCT 19 2012

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE