I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5/7/2013

D. Vo
DEPUTY CLERK

JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY - 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN LESO FERNANDEZ,<br><br>    Petitioner,<br><br>vs.<br><br>J. TIM OCHOA, Warden,<br><br>    Respondent. | Case No. EDCV 12-1409-DDP (RNB)<br><br>**JUDGMENT** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: MAY - 2 2013

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE